# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California DEC 1 3 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK |
|---|---|
| UNITED STATES OF AMERICA vs Steve Allen Welch | Docket Number Magistrate Case Number 1:07 MJ 00291 GSA |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT    ☐ INFORMATION    ☐ COMPLAINT    ☒ OTHER (SPECIFY) Supervised Release Violation

CHARGING A VIOLATION OF:    U.S.C. § SECTION

DISTRICT OF OFFENSE: District of Wyoming, Cheyenne

DESCRIPTION OF CHARGES: Violation of Supervised Release

CURRENT BOND STATUS: __ Bail fixed at _____ and conditions were not met
✓ Government moved for detention and defendant detained after hearing in District of Arrest
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

Representation: __ Retained Counsel  ✓ Federal Defender  __ CJA Attorney  __ None

Interpreter Required?  ✓ No   __ Yes   Language:

TO:  THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

Date: 12/13/07

GARY S. AUSTIN  United States Magistrate Judge

## RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

as of 10/2000